UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| BYRON CHARLES, MEIKEE BUSH AND SHALITA CAMBRICE | * * * | CIVIL ACTION NO. 2:18-CV-12153 |
| VERSUS | * * | JUDGE CARL J. BARBIER |
| | * | MAG. DANA M. DOUGLAS |
| THOMAS ROSE, CENTRAL TRANSPORTATION SERVICES, INC., NATIONAL INTERSTATE INSURANCE COMPANY AND ABC INSURANCE COMPANY | * * * * * | **JURY TRIAL** |
| * * * * * * | * | |

**FIRST AMENDING AND SUPPLEMENTAL ANSWER TO COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Defendants, **National Interstate Insurance Company**, **Thomas Rose** and **Central Transportation Services, Inc.**, and amend and supplement their original Answers to the Complaint of Plaintiffs, **Byron Charles**, **Meikee Bush** and **Shalita Cambrice**, as follows:

1.

Defendants amend paragraph 22 of their Answers to read as follows:

"22.

The accident and/or alleged injuries and damages of Plaintiffs were proximately caused solely and entirely by the negligence and/or intentional acts of Plaintiffs, Byron Charles, Meikee Bush and Shalita Cambrice, including, but not limited to acts listed below and others to be shown at the time of trial:

    a.    failing to exercise reasonable care under the circumstances prevailing at the time of the accident;

b. failing to take proper precautions to avoid the damages in question;

c. failing to do any act by which the accident made the basis of this lawsuit could have been avoided;

d. failing to act as a reasonable and prudent person would act under the same or similar circumstances;

e. failing to be attentive to his/her surroundings and to act in a prudent and cautious manner;

f. misusing and/or abusing a motor vehicle;

g. carelessly operating a motor vehicle;

h. improperly using the lane of travel and/or other lanes of travel;

i. failing to maintain a proper look out;

j. failing to see what he/they should have seen;

k. failing to take evasive action so as to avoid the impact and/or collision;

l. intentionally driving a vehicle into another vehicle;

m. disregarding traffic conditions;

n. failing to yield;

o. allowing Byron Charles, Sr. to misuse and/or abuse a motor vehicle;

p. allowing Byron Charles, Sr. to carelessly operate his motor vehicle;

q. allowing Byron Charles, Sr. to improperly use his lane of travel and/or other lanes of travel;

r. allowing Byron Charles, Sr. to fail to maintain a proper look out;

s. allowing Byron Charles, Sr. to fail to see what he should have seen;

t. allowing Byron Charles, Sr. to fail to take evasive action so as to avoid the impact and/or collision;

u. allowing Byron Charles, Sr. to intentionally drive his vehicle into another vehicle;

 v.  allowing Byron Charles, Sr. to disregard traffic conditions;

 w.  allowing Byron Charles, Sr. to fail to yield; and

 x.  other acts and/or omissions constituting negligence to be shown at the time of trial herein."

2.

Defendants supplement their Answers by adding paragraph 22A, as follows:

"24.

All alleged damages and/or injuries made the subject of this litigation were proximately caused solely and entirely by the intentional acts of and/or negligence of Byron Charles, Sr."

WHEREFORE, Defendants, National Interstate Insurance Company, Thomas Rose and Central Transportation Services, Inc., pray after due proceedings be had, there be judgment herein in favor of Defendants, and against Plaintiffs, dismissing Plaintiffs' suit, with prejudice and at Plaintiffs' cost, and for such other relief that may be just and equitable, and for trial by jury on all issues herein.

        Respectfully submitted,

        /s/ *Nathan M. Gaudet*
        GUY D. PERRIER, #20323
        gperrier@perrierlacoste.com
        NATHAN M. GAUDET, #30514
        ngaudet@perrierlacoste.com
        Perrier & Lacoste, LLC
        365 Canal Street, Suite 2550
        New Orleans, LA 70130
        Telephone: (504) 212-8820
        Facsimile: (504) 212-8825

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 5th day of July, 2019, at their last known address of record.

                              /s/ *Nathan M. Gaudet*
                             NATHAN M. GAUDET