UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BYRON CHARLES, ET AL. | CIVIL ACTION |
| VERSUS | NO: 18-12153 |
| THOMAS ROSE, ET AL. | SECTION: "J"(3) |

**ORDER**

The Court has received reliable information that there is an ongoing criminal investigation by the U.S. Attorney's Office that may involve this proceeding and/or witnesses or counsel to the proceeding.

"In determining whether to stay civil cases in the face of parallel criminal proceedings, courts consider 1) the overlap between the civil and criminal case; 2) the status of the criminal case; 3) private interests of the plaintiff; 4) private interest of the defendants; 5) the interests of the court; and 6) the public interest."[1]

The Court finds that it is in the best interest of the parties, the Court, and the public to stay this proceeding pending the conclusion of this criminal investigation.[2] This stay will protect Plaintiffs from any risks associated with testifying in this proceeding while this criminal investigation is pending. This stay is also in Defendants' interests, because proceeding to trial before the criminal investigation concludes could result in certain witnesses invoking their Fifth Amendment privilege.

---

[1] *Dolan v. Parish of St. Tammany*, No. 12-2911, 2013 WL 3270616, at *6 (E.D. La. June 26, 2013).

[2] Orders staying similar cases include *Lee v. Sentry Casualty Co.*, No. 19-9978, ECF No. 13; *Smith v. Tensley*, No. 18-9464, ECF No. 32; *Reff v. Werner Enterprises, Inc.*, No. 18-8350, ECF No. 106; *Warren v. Rosstrans & Services, LLC*, No. 18-7599, ECF No. 64; *Dorsey v. Jamair*, No. 18-6603, ECF No. 162; *Thomas v. Chambers*, No. 18-4373, ECF No. 220; *Frazier v. Runnels*, No. 18-2340, ECF No. 111; and *Henderson-Burkhalter v. National Union Fire Insurance Co.*, No. 18-928, ECF No. 135.

This stay applies to all aspects of this litigation, including any pending motions currently before Magistrate Judge Douglas. The matter may be reopened upon the motion of either party demonstrating that the criminal investigation has concluded, at which time a new trial date will be set. Finally, Plaintiffs are advised that they should obtain independent legal advice concerning any risks they may face in continuing with this litigation.

Accordingly,

**IT IS HEREBY ORDERED** that the above-captioned case is **STAYED** and administratively closed.

**IT IS FURTHER ORDERED** that all motions pending before the undersigned and U.S. Magistrate Judge Douglas are **DISMISSED WITHOUT PREJUDICE**, reserving to the parties the right to reurge any motions when the above-captioned matter is reopened.

**IT IS FURTHER ORDERED** that the pretrial conference currently set for March 5, 2020, and the jury trial set for March 30, 2020, are **CANCELLED**.

New Orleans, Louisiana, this 28th day of January, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE